SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Besma Fakhri (*pro hac vice* to be filed)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

*Attorneys for Plaintiff*
LOGIX FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION, | Case No. 2:25-cv-07788-RGK-MAR |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | [LOCAL RULE 37-2] |
| OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive, | **PLAINTIFF LOGIX FEDERAL CREDIT UNION'S NOTICE OF MOTION AND MOTION TO COMPEL LPL FINANCIAL LLC'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS** |
| Defendants. | Date: July 8, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. Margo A. Rocconi<br>Courtroom: 790 |
| | Date Action Filed:  August 19, 2025 |

PLAINTIFF'S MOTION TO COMPEL LPL FINANCIAL LLC'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

**TO DEFENDANTS, NON-PARTY LPL FINANCIAL LLC, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 9, 2026, at 11:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Margo A. Rocconi, United States Magistrate Judge, in Courtroom 790 of the Edward R. Roybal Federal Building and United States Courthouse, located at 255 East Temple Street, Los Angeles, California 90012-3332, Plaintiff Logix Federal Credit Union ("Logix") will, and hereby does, under Rules 26(b), 37(b), and 45(d) of the Federal Rules of Civil Procedure, and Local Rules 37-1 through 37-4, move to compel non-party LPL Financial LLC ("LPL") to comply with the subpoena for documents issued to it by Logix.

As set forth in the accompanying Stipulation, LPL—while acknowledging service of the Subpoena—has not yet produced documents in response. The Subpoena is narrowly tailored, designed to minimize burden and ensure proportionality, and seeks materials directly relevant to the issues in this case. LPL has instead served objections, which Logix submits are deficient and should be overruled.

This Motion follows good-faith meet-and-confer efforts, including a telephonic conference between counsel on May 26, 2026. (*See* Declaration of Sierra Chinn-Liu, ¶¶ 9-15.) In addition, pursuant to Local Rule 37-2, Logix served its portion of the Stipulation on LPL's counsel on June 3, 2026. (*Id.*) As further reflected in the Stipulation, the Subpoena was timely issued, with a return date preceding the June 3, 2026 discovery and motion cutoffs. Logix and Defendants have previously stipulated, and Logix has moved ex parte for a further continuance of the discovery and motion cutoffs, to no avail. Thus, given the current schedule, there was insufficient time to obtain LPL's portion and file a fully joint stipulation by the motion cutoff date, requiring Logix to proceed with its portion. (*Id.*) Concurrently with service of Logix's notice of motion and motion, portion of the joint stipulation, declaration of counsel, and proposed order, Logix has also

2

requested that LPL provide its portion and any supporting papers within the next 7 days, and noticed a hearing 28 days thereafter. (*Id.*)

This Motion is based on this Notice, the accompanying Stipulation pursuant to Local Rule 37-2 and included Declaration of Sierra Chinn-Liu and exhibits thereto, all other pleadings and papers on file in this action, all matters of which this Court may take judicial notice, the oral argument of counsel presented at any hearing scheduled by the Court, and any other matters presented to the Court in connection with this Motion. A proposed order has been lodged herewith.

DATED: June 3, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  /s/ *Sierra J. Chinn-Liu*
Michael D. Wexler (*pro hac vice*)
Sierra J. Chinn-Liu
Besma Fakhri (*pro hac vice*)

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

3

PLAINTIFF'S MOTION TO COMPEL LPL FINANCIAL LLC'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

326318226v.1