SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Besma Fakhri (*pro hac vice*)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

Sierra Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

HIRSCHFELD KRAEMER LLP
Daneil H. Handman (SBN 236345)
dhandman@hkemploymentlaw.com
1299 Ocean Avenue, Suite 750
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Steven L. Manchel (*pro hac vice*)
smanchel@bowditch.com
Patrick M. Capodilupo (*pro hac vice*)
pcapodilupo@bowditch.com
Bowditch & Dewey
75 Federal Street, Suite 100
Boston, MA 02110
Telephone: (617) 757-6528
Facsimile: (508) 929-3099

Attorneys for Defendants
OSAIC WEALTH, INC., JOHN
JANIOS, and ANTHONY
MARTINEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07788-RGK-MAR<br><br>**JOINT STATUS REPORT REGARDING MEDIATION**<br><br>Date Action Filed:  August 19, 2025<br><br>Final Pretrial<br>Conference:        July 21, 2026<br>Trial Date:         August 4, 2026 |

JOINT STATUS REPORT REGARDING MEDIATION

Plaintiff Logix Federal Credit Union ("Logix) and Defendants Osaic Wealth, Inc., John Janios, and Anthony Martinez ("Defendants") (collectively, the "Parties"), by and through their attorneys and pursuant to this Court's November 18, 2025 Order (Dkt. No. 51), submit the following joint status report:

1.    On June 10, 2026, the Parties participated in a mediation session before the Honorable Kevin J. Murphy (Ret.) of ADR Services, Inc.

2.    The Parties were unable to reach a resolution at mediation.

Respectfully submitted,

DATED:  June 12, 2026          SEYFARTH SHAW LLP

By:  */s/ Sierra J. Chinn-Liu*
Sierra J. Chinn-Liu
Michael D. Wexler, *pro hac vice*
Besma Fakhri, *pro hac vice*

Attorneys for Plaintiff Logix Federal Credit Union

DATED:  June 12, 2026          HIRSCHFELD KRAEMER LLP

By:  */s/ Daniel H. Handman*
Daniel H. Handman
Steven L. Manchel, *pro hac vice*
Patrick M. Capodilupo, *pro hac vice*

Attorneys for Defendants Osaic Wealth, Inc., John Janios, and Anthony Martinez

2

JOINT STATUS REPORT REGARDING MEDIATION

# **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Sierra J. Chinn-Liu*
Sierra J. Chinn-Liu

JOINT STATUS REPORT REGARDING MEDIATION