# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| LOGIX FEDERAL CREDIT UNION<br><br>PLAINTIFF(S) | 2:25–cv–07788–RGK–MAR |
| v.<br><br>OSAIC WEALTH INC. , et al.<br><br>DEFENDANT(S). | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

 6/15/2026  / 96, 97, and 98  / Opposition to MSJ; Application to Seal; Sealed Declaration

*Date Filed*     *Doc. No.*     *Title of Document*

__     / __     / __

*Date Filed*     *Doc. No.*     *Title of Document*

Other:
Opposition contains single spaced text in violation of L.R. 11–3.6. Opposition over 20 pages and over 5,600 words in violation of this Court's Standing Order [16]. Counsel may file a corrected opposition no later than 6/17/2026.

Dated: June 16, 2026     By: /s/ *R. Gary Klausner*
U.S. District Judge

G–106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)