DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
MADISON J. ROMINE (SBN 342156)
mromine@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, California 90401
Telephone:  (310) 255-0705
Facsimile:   (310) 255-0986

Steven L. Manchel (*pro hac vice*)
Patrick M. Capodilupo (*pro hac vice*)
smanchel@bowditch.com
pcapodilupo@bowditch.com
Bowditch & Dewey
75 Federal Street, Suite 1000
Boston, MA 02110
Telephone: (617) 757-6528
Facsimile:   (508) 929-3099

Attorneys for Defendants
OSAIC WEALTH, INC., JOHN JANIOS,
and ANTHONY MARTINEZ

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>OSAIC WEALTH, INC; JOHN JANIOS; ANTHONY MARTINEZ and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07788-RGK-MAR [Hon.  R. Gary Klausner-Crtrm 850]<br><br>**REQUEST FOR REMOTE APPEARANCE ON BEHALF OF PATRICK M. CAPODILUPO**<br><br>Date: July 1, 2026<br>Time: 11:00 a.m.<br>Crtrm: 790 (Hon. Margo A. Rocconi)<br><br>**Complaint Filed**: August 19, 2025 |

1

**TO THE COURT AND TO LOGIX FEDERAL CREDIT UNION AND ITS COUNSEL OF RECORD**:

In accordance with the Court's General Order, counsel for Defendants, Patrick Capodilupo, hereby requests to appear by remote means for the hearing on Plaintiff's Motion for Sanctions Against Defendants for Failure to Comply with May 14, 2026 Discovery Order (DKT. 81) on July 1, 2026. Good cause exists because Mr. Capodilupo works in Boston.

Dated: June 25, 2026                                    HIRSCHFELD KRAEMER LLP

By: _____

Daniel H. Handman
Madison J. Romine
Attorneys for Defendants
OSAIC WEALTH, INC., JOHN JANIOS,
and ANTHONY MARTINEZ

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

2

REQUEST FOR REMOTE APPEARANCE ON BEHALF OF PATRICK M. CAPODILUPO

## PROOF OF SERVICE

**LOGIX FEDERAL CREDIT UNION, vs. OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; et al.,**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1299 Ocean Avenue, Suite 750, Santa Monica, CA 90401.

On June 25, 2026, I served true copies of the following document(s) described as **REQUEST FOR REMOTE APPEARANCE ON BEHALF OF PATRICK M. CAPODILUPO** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 25, 2026**, at Santa Monica, California.

_____
Mayra L. Vera

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

1

REQUEST FOR REMOTE APPEARANCE ON BEHALF OF PATRICK M. CAPODILUPO

**SERVICE LIST**

**LOGIX FEDERAL CREDIT UNION, vs. OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; et al.,**
**CASE NO.: 2:25-cv-07788-RGK-MAR**

| | |
|---|---|
| Katherine E. Perrelli, Esq. <br> **SEYFARTH SHAW LLP** <br> Seaport East <br> Two Seaport Lane, Suite 1200 <br> Boston, Massachusetts 02210-2028 | Telephone:  (617) 946-4800 <br> Facsimile: (617) 946-4801 <br> Email:  kperrelli@seyfarth.com <br><br> Attorneys for *Plaintiff Logix Federal Credit Union, Admitted Pro Hac Vice* |
| Michael D. Wexler, Esq, <br> 233 South Wacker Drive, Suite 8000 <br> Chicago, Illinois 60606-6448 | Telephone:  (312) 460-5000 <br> Facsimile:  (312) 460-7000 <br> Email:  mwexler@seyfarth.com <br><br> Attorneys for *Plaintiff Logix Federal Credit Union, Admitted Pro Hac Vice* |
| Sierra J. Chinn-Liu, Esq. <br> 2029 Century Park East, Suite 3500Los Angeles, California 90067-3021 | Telephone: (310) 277-7200 <br> Facsimile:  (310) 201-5219 <br> Email:  schinnliu@seyfarth.com <br><br> Attorneys for *Plaintiff Logix Federal Credit Union* |

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

2
REQUEST FOR REMOTE APPEARANCE ON BEHALF OF PATRICK M. CAPODILUPO