SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Besma Fakhri (*pro hac vice*)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

*Attorneys for Plaintiff*
LOGIX FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07788-RGK-MAR<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (DKT. 108)**<br><br>Date Action Filed:  August 19, 2025 |

PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY

## REQUEST FOR LEAVE TO FILE SURREPLY

Plaintiff Logix Federal Credit Union ("Plaintiff" or "Logix") respectfully requests an order, consistent with Local Rule 7-10, granting leave to file a brief surreply in response to Defendants John Janios, Anthony Martinez, and Osaic Wealth, Inc.'s ("Defendants") reply in support of their motion for summary judgment, or in the alternative, partial summary judgment (Dkt. 108).

The purpose of the requested surreply is to afford Plaintiff the opportunity to address (1) significant misstatements of fact regarding Plaintiff's discovery responses and Defendants' access to documents referenced in Plaintiff's opposition; (2) new arguments raised for the first time in Defendants' reply regarding the purported overlap between customers who continued banking with Logix and customers who transferred their securities accounts to Osaic, and false claims that the customer relationships at issue are "the Individual Defendants' own" and somehow render the information gathered in the course of maintaining those relationships "obsolete"; and (3) new and false arguments mischaracterizing the authorities governing arrangements between registered broker-dealers and financial institutions.

This request is within the Court's discretion, and consistent with Local Rules. *See* C.D. Cal. L.R. 7-10 (contemplating a response to a reply upon an order of the court so allowing); *Brady v. Grendene USA, Inc.*, 2015 WL 6828400, at *3 (S.D. Cal. Nov. 6, 2015) ("A decision to grant or deny leave to file a sur[-]reply is generally committed to the sound discretion of the court") (internal quotations omitted). A brief (3-5 page) surreply is warranted where, as here, the movant has "raise[d] new arguments in [their] reply brief." *United States v. Venture One Mortg. Corp.*, No. 13-CV-1872 W (JLB), 2015 WL 12532139, at *2 (S.D. Cal. Feb. 26, 2015); *Jordan v. Terhune*, No. CIV S-03-1820-LKK, WL 276764, at *3 (E.D. Cal. Feb. 5, 2009); *Whitaker v. Alo, LLC*, No. 219-cv-03312-RGK, 2020 WL 1972578, at *3 (C.D. Cal. Mar. 17, 2020).

Surreplies are also permitted where, as here, the additional briefing will "give a more complete picture of the issues in need of resolution." *Tounget v. Valley-Wide*

PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY

*Recreation and Park Dist.*, No. EDCV 16-88 JGB (KKx), 2020 WL 8410456, *2 (C.D. Cal. Feb. 20, 2020); *Radware, Ltd. v. F5 Ntwks., Inc.*, 2016 WL 393227, at *2 (N.D. Cal. Feb. 2, 2016) (surreply warranted because it "helped to crystalize the disputed issues"); *In re: Cathode Ray Tube (CRT) Antitrust Litig.*, 2014 WL 7206620, at *1 n.2 (N.D. Cal. Dec. 18, 2014) (granting leave to file sur-reply "in the interests of completeness and judicial efficiency").

The requested surreply serves the foregoing functions. Setting aside the misstatements of law and applicable rules in sections 1, 6, and 8 of Defendants' reply, Plaintiff seeks to correct the record on Defendants' novel and unsupported claims in sections 2, 3, 4, 5, and 7 of their reply.

Defendants' counsel has advised that Defendants intend to oppose this request.

DATED: June 26, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Sierra J. Chinn-Liu*
Michael D. Wexler (*pro hac vice*)
Sierra J. Chinn-Liu
Besma Fakhri (*pro hac vice*)

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11-6.1

The undersigned, counsel of record for Plaintiff LOGIX FEDERAL CREDIT UNION, certifies that this request complies with the word limit of L.R. 11-6.1.

DATED:  June 26, 2026

By: /s/ *Sierra J. Chinn-Liu*
Michael D. Wexler (*pro hac vice*)
Sierra J. Chinn-Liu
Besma Fakhri (*pro hac vice*)

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY

326775425v.1