SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Besma Fakhri (*pro hac vice*)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

Sierra Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

HIRSCHFELD KRAEMER LLP
Daneil H. Handman (SBN 236345)
dhandman@hkemploymentlaw.com
1299 Ocean Avenue, Suite 750
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Steven L. Manchel (*pro hac vice*)
smanchel@bowditch.com
Patrick M. Capodilupo (*pro hac vice*)
pcapodilupo@bowditch.com
Bowditch & Dewey
75 Federal Street, Suite 100
Boston, MA 02110
Telephone: (617) 757-6528
Facsimile: (508) 929-3099

Attorneys for Defendants
OSAIC WEALTH, INC., JOHN
JANIOS, and ANTHONY MARTINEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07788-RGK-MAR<br><br>**JOINT WITNESS LIST**<br><br>Judge:  Hon. R. Gary Klausner<br>Crtrm:  850<br><br>Date Action Filed:  August 19, 2025<br>Trial Date:  August 4, 2026 |

Pursuant to Local Rule 16-5 and the Court's Order for Jury Trial (Dkt. 50), Plaintiff Logix Federal Credit Union ("Plaintiff") and Defendants Osaic Wealth, Inc., John Janios ("Janios"), and Anthony Martinez ("Martinez") ("Defendants") (collectively, the "Parties") submit the following Joint Witness list.[1]

## I.    Logix' Presentation of Evidence[2]

| | |
|---|---|
| **Ismael Martinez-Navarro** | |
| Mr. Navarro, Logix VP of Brokerage & Insurance Sales, is expected to testify regarding Logix's business and customer acquisition and retention efforts; its confidential and proprietary information and safeguards; the contractual duties owed to Logix by Janios and Martinez; Janios's and Martinez's access to confidential information at Logix; evidence of their pre-departure conduct involving the improper taking of such information; their contractual breaches and misuse of that information for themselves and Osaic; and the resulting damages to Logix, including lost business and revenue. Mr. Martinez-Navarro's testimony is unique in that it will concern his interactions with Janios and Martinez and his personal knowledge of their misconduct. | 2 hours |
| **Larry Stevenson** | |
| Mr. Stevenson, Logix VP of Brokerage & Insurance Sales, is expected to testify regarding Logix's business and customer acquisition and retention efforts; its confidential and proprietary information and safeguards; the contractual duties owed to Logix by Janios and Martinez; Janios's and Martinez's access to confidential information at Logix; evidence of their pre-departure conduct involving the improper taking of such information; their contractual breaches and misuse of that | 1.5 hours |

---

[1] Pursuant to Local Rule 16-5, an asterisk (*) reflects those witnesses whom the Parties may call only if the need arises.

[2] The contact information of non-Party witnesses is provided pursuant to Fed. R. Civ. P. 26(a)(3)(A).

JOINT WITNESS LIST – PRE-TRIAL SUBMISSION

| | |
|---|---|
| information for themselves and Osaic; and the resulting damages to Logix, including lost business and revenue. Mr. Stevenson's testimony is unique in that it will concern his interactions with Janios and Martinez and his personal knowledge of their misconduct. | |
| **Jan Franklin** | |
| Ms. Franklin, Logix SVP of Brokerage & Insurance Sales, is expected to testify regarding the damages sustained by Logix as a result of Defendants' misconduct, including Logix's lost revenues and profits. Her testimony is unique due to her detailed and direct knowledge of Logix's financial performance and loss calculations. | .5 hours |
| **Steven Gaffney** | |
| Mr. Gaffney, Logix Technical Support Manager, is expected to testify regarding forensic evidence of Janios's and Martinez's actions prior to their abrupt departure from Logix, including their access to Logix databases, mass printing, and the taking of confidential information. His testimony is unique due to his in-depth, hands-on knowledge of Logix's IT systems, networks, and data activity. | .5 hours |
| **Robert Lam** | |
| Mr. Lam, Logix Cybersecurity Architecture Manager, is expected to testify regarding forensic evidence showing Janios's and Martinez's actions prior to their abrupt departure from Logix, including their access to Logix databases, mass printing, and seizure of Logix confidential information. Mr. Gaffney's testimony is unique due to his specialized knowledge concerning cybersecurity architecture and its relationship to Logix's systems and databases. | .5 hours |
| | |

JOINT WITNESS LIST – PRE-TRIAL SUBMISSION

| | |
|---|---|
| **Tyson Humphries\*** | |
| Mr. Humphries, Logix Safety & Security Operations Manager, is expected to testify regarding Janios's and Martinez's access to Logix facilities, databases, and systems, and Logix's protective measures. His testimony is unique due to his specialized knowledge of Logix's security protocols and safeguards. | .5 hours |
| **Custodian of Records of LPL Financial LLC**<br>1055 LPL Way<br>Fort Mill, SC 29715<br>(800) 558-7567 | |
| The custodian of records for nonparty LPL Financial LLC ("LPL") is expected to testify regarding the documents LPL produced pursuant to subpoena, including how those records were created, maintained, and what they reflect. This testimony is unique because it provides firsthand knowledge of LPL's recordkeeping practices in the ordinary course of its business. | .25 hours |
| **Emily B. Peeples**, Paralegal Manager for LPL Financial LLC | |
| Ms. Peeples executed the Certificate of Authenticity of Business Records for the documents LPL produced pursuant to subpoena. This testimony is unique because it pertains specifically to the representations made in the Certificate of Authenticity. | .25 hours |
| **John Janios** | |
| Janios is expected to testify regarding his obligations to Logix, his role and duties during his employment, and his access to Logix's confidential information. He is also expected to testify regarding his pre-departure conduct, including the alleged taking and misuse of such information, his efforts to divert business from Logix, and the terms and circumstances of his affiliation with Osaic. His testimony is unique | 2 hours |

4

| | |
|---|---|
| because it is based on his firsthand knowledge of his own actions, obligations, and alleged misconduct. | |
| **Anthony Martinez** | |
| Martinez is expected to testify regarding his obligations to Logix, his role and duties during his employment, and his access to Logix's confidential information. He is also expected to testify regarding his pre-departure conduct, including the alleged taking and misuse of such information, his efforts to divert business from Logix, and the terms and circumstances of his affiliation with Osaic. His testimony is unique because it is based on his firsthand knowledge of his own actions, obligations, and alleged misconduct. | 1.5 hours |
| **Matthew Bassuk** | |
| Mr. Bassuk, Osaic Vice President, Business Development, is expected to testify regarding Osaic's business and services; its recruitment and employment of Janios and Martinez; their duties, compensation, and communications concerning their obligations to Logix and the alleged use of Logix confidential information to divert customers; and resulting revenues from former Logix clients. His testimony is unique based on her firsthand interactions and communications with Janios and Martinez, including to authenticate documents reflecting the same. | .75 |
| **Jada Mattiello*** | |
| Ms. Mattiello, Osaic Business Development Manager, Recruiting, is expected to testify regarding Osaic's business and services; its recruitment and employment of Janios and Martinez; their duties, compensation, and communications concerning their obligations to Logix and the alleged use of Logix confidential information to divert customers; and resulting revenues from former Logix clients. His | .75 |

5

| | |
|---|---|
| testimony is unique based on her firsthand interactions and communications with Janios and Martinez, including to authenticate documents reflecting the same. | |
| **Richard Tassiello** | |
| Mr. Tassiello, Osaic Regional Vice President, is expected to testify is expected to testify regarding Osaic's business and services; its recruitment and employment of Janios and Martinez; their duties, compensation, and communications concerning their obligations to Logix and the alleged use of Logix confidential information to divert customers; and resulting revenues from former Logix clients. His testimony is unique based on her firsthand interactions and communications with Janios and Martinez, including to authenticate documents reflecting the same. | .75 |
| **Chris Meinsen\***<br>Advisor Outreach<br>5401 W. Kennedy Blvd., Suite 100<br>Tampa, FL 33609<br>(813) 344-2880 | |
| Mr. Meinsen, President of Advisor Outreach, is expected to testify regarding Osaic's recruitment of Logix employees and efforts to divert Logix business; its customer transfer and advisor onboarding practices, including compliance with prior obligations; and its business operations, services, and related communications. His testimony is unique due to his direct knowledge of Advisor Outreach's activities on Osaic's behalf and its communications with Logix employees. | .75 hours |

Logix expressly reserves the right to call any witnesses on Defendants' witness list and any witness necessary to refute or rebut any evidence offered by Defendants at trial.

6

## II.    Defendants' Presentation of Evidence

| Name of Witness | Subject Matter of Testimony and What Makes It Unique | Anticipated Length of Testimony |
|---|---|---|
| John Janios | Janios is an individual defendant and has knowledge about all of the issues in this case, including his relationship with Logix, his relationship with LPL, the nature of his work, the lack of any trade secret information in his possession from Logix, his work for Osaic, and the nature of each company's wealth management business. | 5 hours (inclusive of Plaintiff's examination) |
| Anthony Martinez | Martinez is an individual defendant and has knowledge about all of the issues in this case, including his relationship with Logix, his relationship with LPL, the nature of his work, the lack of any trade secret information in his possession from Logix, his work for Osaic, and the nature of each company's wealth management business. | 3 hours (inclusive of Plaintiff's examination) |
| Matthew Bassuk | Bassuk is a recruiter at Osaic who has unique knowledge as to the onboarding of Janios and Martinez and who can also testify to Osaic's wealth management business in general. | 2 hours |
| Jada Mattiello | Matiello is a Business Development Manager at Osaic who has unique information about Janios and Martinez's transition to Osaic and their business development efforts. | 2 hours |
| Ana Fonseca | Fonseca is the CEO of Logix and has knowledge about the lack of evidence that either Janios or Martinez have misappropriated any trade secrets, Janios and Martinez's relationship with, contracts with, and separation from Logix and Plaintiff's motivation for pursuing this litigation. *Logix's Objections*: Lack of foundation; lack of personal knowledge; relevance; apex doctrine. Fed. R. Civ. P. 401, 402, 602; *Pinn, Inc. v. Apple, Inc.*, 2021 WL 4775969 (C.D. Cal. Sept. 10, 2021) | 2 hours |

7

| | | |
|---|---|---|
| | (applying apex doctrine and granting motion relieving witness from trial testimony). Ms. Fonseca is a senior executive at Logix and does not possess unique, non-duplicative, first-hand knowledge relevant to the claims or defenses in this action. Any information she may have is cumulative of testimony that can be obtained from other, less burdensome sources. | |
| Michelle Elliot | Elliot is a financial advisor at Logix and a former colleague of Janios and Martinez who because of her status as their colleague, has unique knowledge as to the lack of any trade secrets at issue and Janios and Martinez's departures from Logix. | 3 hours |
| Richard Tassiello* | Tassiello is a Regional VP for Osiac who has unique knowledge as to the business development efforts of Janios and Martinez and their onboarding. | 2 hours |
| Christine Carlson* | Carlson is a broker at Osaic, who possesses additional unique information about the onboarding of Janios and Martinez as well as their business development. | 2 hours |
| Andrea Carpenter* | Carpenter is the COO for Logix who has specific knowledge about the work done by Janios and Martinez for Logix, their separation from employment at Logix, and the lack of any misappropriated trade secrets at issue, <br><br> *Logix's Objections*: Lack of foundation; lack of personal knowledge; relevance; apex doctrine. Fed. R. Civ. P. 401, 402, 602; *Pinn, Inc. v. Apple, Inc.*, 2021 WL 4775969 (C.D. Cal. Sept. 10, 2021) (applying apex doctrine and granting motion relieving witness from trial testimony). Ms. Carpenter is a senior executive at Logix and does not possess unique, non-duplicative, first-hand knowledge relevant to the claims or defenses in this action. Any information she may have is cumulative of testimony that can be obtained from other, less burdensome sources. | 2 hours |
| Larry Stevenson* | Stevenson is a VP for Logix who has specific knowledge about the work done by Janios and Martinez for Logix, their separation from | 2 hours |

8

| | | |
|---|---|---|
| | employment at Logix, and the lack of any misappropriated trade secrets at issue, | |
| Ismael Martinez-Navarro* | Martinez-Navarro is a VP for Logix who has specific knowledge about the work done by Janios and Martinez for Logix, their separation from employment at Logix, and the lack of any misappropriated trade secrets at issue. | 2 hours |
| Jan Franklin* | Franklin is a SVP for Logix who has specific knowledge about the work done by Janios and Martinez for Logix, their separation from employment at Logix, and the lack of any misappropriated trade secrets at issue, | 2 hours |
| Michael Nakleh* | Nakleh is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation. *Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Elias Nakhleh* | Nakleh is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation. *Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |

JOINT WITNESS LIST – PRE-TRIAL SUBMISSION

| Amy Bibby* | Bibby is a client of Janios who will testify that she chose to follow Janios to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
|---|---|---|
| Ronald Brethour* | Brethour is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Laurie Herrera* | Herrera is a client of Janios who will testify that she chose to follow Janios to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Michael Perez* | Perez is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation. | 15 minutes |

10

JOINT WITNESS LIST – PRE-TRIAL SUBMISSION

| | | |
|---|---|---|
| | *Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | |
| Rachna Singh* | Singh is a client of Janios who will testify that she chose to follow Janios to Osaic without any solicitation.<br><br>*Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Susan Fecteau* | Fecteau is a client of Janios who will testify that she chose to follow Janios to Osaic without any solicitation.<br><br>*Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Alan Maskowsky* | Mastowsky is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation.<br><br>*Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this | 15 minutes |

11

| | | |
|---|---|---|
| | witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | |
| Chad Miller* | Miller is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation.<br><br>*Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Garret Miller* | Miller is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation.<br><br>*Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Susan Noel* | Noel is a client of Janios who will testify that she chose to follow Janios to Osaic without any solicitation.<br><br>*Logix's Objections*: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by | 15 minutes |

12

| | | |
|---|---|---|
| | Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | |
| Carlos Tan* | Tan is a client of Janios who will testify that he chose to follow Janios to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Edward Bence* | Bence is a client of Martinez who will testify that he chose to follow Martinez to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Lydie Colonello* | Colonello is a client of Martinez who will testify that he chose to follow Martinez to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is | 15 minutes |

JOINT WITNESS LIST – PRE-TRIAL SUBMISSION

| | | |
|---|---|---|
| | acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | |
| John Frick* | Frick is a client of Martinez who will testify that he chose to follow Martinez to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Jo Anne Salas* | Salas is a client of Martinez who will testify that he chose to follow Martinez to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |
| Chris Tseng* | Tseng is a client of Martinez who will testify that he chose to follow Martinez to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is | 15 minutes |

14

JOINT WITNESS LIST – PRE-TRIAL SUBMISSION

| | | |
|---|---|---|
| | acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | |
| Roberto Vazquez* | Vasquez is a client of Martinez who will testify that he chose to follow Martinez to Osaic without any solicitation.<br><br>***Logix's Objections***: Logix objects to Defendants' identification of this witness as an untimely disclosed witness. Defendants did not identify this witness in their Federal Rule of Civil Procedure 26(a) disclosures, in their interrogatory responses, or through any timely supplementation as required by Rule 26(e). Defendants' failure to disclose violates their obligations under the Federal Rules of Civil Procedure, is neither justified nor harmless, and is acutely prejudicial to Logix. Fed. R. Civ. P. 37(c); Fed. R. Evid. 403. | 15 minutes |

Nothing herein shall waive any of the Parties' rights, claims, or defenses.

Respectfully submitted,

DATED: June 29, 2026          SEYFARTH SHAW LLP

By: /s/ *Sierra J. Chinn-Liu*
Sierra J. Chinn-Liu
Michael D. Wexler, *pro hac vice*
Besma Fakhri, *pro hac vice*

Attorneys for Plaintiff Logix Federal Credit Union

DATED: June 29, 2026          HIRSCHFELD KRAEMER LLP

By: /s/ *Daniel H. Handman (with permission)*
Daniel H. Handman
Steven L. Manchel, *pro hac vice*
Patrick M. Capodilupo, *pro hac vice*

Attorneys for Defendants Osaic Wealth, Inc., John Janios, and Anthony Martinez

15

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Sierra J. Chinn-Liu*
Sierra J. Chinn-Liu