# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| LOGIX FEDERAL CREDIT UNION | |
| Plaintiff(s), | 2:25–cv–07788–RGK–MAR |
| v. | |
| OSAIC WEALTH INC., et al. | |
| | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    6/29/2026

Document No.:    114

Title of Document:    Trial Brief by Defendants John Janios, Anthony Martinez, Osaic Wealth Inc.

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Memorandum of Contentions of Fact and Law

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  June 30, 2026             By:  /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS