SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Bessie Fakhri (*pro hac vice*)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-07788-RGK-MAR<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL LPL FINANCIAL LLC'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS**<br><br>Date:　　July 8, 2026<br>Time:　　11:00 a.m.<br>Crtrm:　　790 (Hon. Margo A. Rocconi)<br><br>Trial Date: August 4, 2026<br>Date Action Filed: August 19, 2025 |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL LPL COMPLIANCE WITH SUBPOENA

**TO THE COURT, THE PARTIES, LPL FINANCIAL LLC, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that upon review of the documents produced by LPL Financial LLC on June 12, 2026, Plaintiff Logix Federal Credit Union, pursuant to Local Rule 7-16, hereby withdraws its motion to compel LPL Financial LLC's compliance with subpoena for documents (Dkt. 90), and respectfully requests that the hearing on the motion to compel, noticed for July 8, 2026 at 11:00 a.m., be removed from calendar.

DATED: June 30, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  /s/ *Sierra J. Chinn-Liu*
Michael D. Wexler (*pro hac vice*)
Sierra J. Chinn-Liu
Besma Fakhri (*pro hac vice*)

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

2