SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Bessie Fakhri (*pro hac vice*)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Plaintiff
LOGIX FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>                   Plaintiff,<br><br>        v.<br><br>OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,<br><br>                   Defendants. | Case No. 2:25-cv-07788-RGK-MAR<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE ON LPL FINANCIAL LLC OF NOTICE OF WITHDRAWAL OF MOTION TO COMPEL LPL FINANCIAL LLC'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS**<br><br>Date:       July 8, 2026<br>Time:      11:00 a.m.<br>Crtrm:     790 (Hon. Margo A. Rocconi)<br><br>Trial Date: August 4, 2026<br>Date Action Filed: August 19, 2025 |

PLTF'S CERTIFICATE OF SERVICE ON LPL FINANCIAL OF NOTICE OF WITHDRAWAL OF MOTION TO COMPEL LPL COMPLIANCE WITH SUBPOENA

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2029 Century Park East, Suite 3500, Los Angeles, California  90067-3021.  On June 30, 2026, I served the within document(s):

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL LPL FINANCIAL LLC'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS**

☒ (**VIA EMAIL**): by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI**<br>Audette Paul Morales<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614 | Attorneys for Non-Party,<br>LPL Financial<br><br>Emails:   amorales@grsm.com<br>T: : 949.255.6967 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2026, at Los Angeles, California.

_____
Lora Calma

2