# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

LOGIX FEDERAL CREDIT UNION,

Plaintiff,

v.

OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-07788-RGK-MAR

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY

[112]

The Court, having considered Plaintiff's Request for Leave to File a Surreply to Defendants' Reply in Support of Their Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, the proposed surreply, Defendants' opposition materials, and all other relevant matters presented to the Court, and for good cause, GRANTS Plaintiff's Request.

Plaintiff shall file the Proposed Surreply within 1 day of this order.

**IT IS SO ORDERED.**

DATED: 6/30/2026

Hon. R. Gary Klausner
United States District Judge