DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, California 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Steven L. Manchel (*pro hac vice*)
Patrick M. Capodilupo (*pro hac vice*)
smanchel@bowditch.com
pcapodilupo@bowditch.com
Bowditch & Dewey
75 Federal Street, Suite 1000
Boston, MA 02110
Telephone: (617) 757-6528
Facsimile: (508) 929-3099

Attorneys for Defendants
OSAIC WEALTH, INC., JOHN JANIOS,
and ANTHONY MARTINEZ

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07788-RGK-MAR<br><br>**DEFENDANTS' OPPOSITION TO LOGIX'S REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 6, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Date Action Filed: August 19, 2025 |

Pursuant to Federal Rule 56, Local Rules 7-10 and 56-3, DEFENDANTS JOHN JANIOS ("Janios") and ANTHONY MARTINEZ ("Martinez") (collectively, the "Individual Defendants") and OSAIC WEALTH, INC. ("Osaic"), hereby submit this Opposition to PLAINTIFF LOGIX FEDERAL CREDIT UNION'S ("Logix") Request for Leave to File a Surreply ("Surreply") in Opposition to Defendants' Motion for Summary Judgment (the "Motion").

DEFENDANTS' OPPOSITION TO LOGIX'S REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## **MEMORANDUM OF POINTS AND AUTHORITIES**

As an initial matter, on July 1, 2026, the Court issued an Order granting Logix leave to file a Surreply.  Dkt. 121.  In the Order, the Court stated that it considered "Defendants' opposition materials"; however, as the deadline for Defendants to file an opposition has not yet passed, Defendants had not actually filed one yet for the Court consider.  *Id.*  Thus, Defendants respectfully request that the Court consider the instant Opposition.

In short, "[f]iling of surreplies is highly disfavored, as it typically constitutes a party's improper attempt to have the last word on an issue." *Markson v. CRST Int'l, Inc.*, 2022 WL 790960, at *1, fn. 1 (C.D. Cal. Feb. 24, 2022) (internal citations and quotations omitted); *see also Flournoy v. Sacramento Cnty. Sheriff Dep't*, 2017 WL 4237868, at *14 (E.D. Cal. Sept. 25, 2017), *report and recommendation adopted*, 2018 WL 1568949 (E.D. Cal. Mar. 30, 2018).  In *Markson*, this Court denied leave to file a surreply where "[the] arguments and evidence in [the] reply … were directly responsive to [] arguments [in the opposition], and therefore neither improper nor a basis for allowing leave to file a surreply." *Markson*, 2022 WL 790960 at *1, fn. 1 (citing *Applied Materials, Inc. v. Demaray LLC*, 2020 WL 8515132, at *1 (N.D. Cal. Dec. 16, 2020) ("[E]vidence submitted with a reply brief is not new evidence when it is submitted to rebut arguments raised in the opposition brief.").  Here, every argument in Defendants' Reply was likewise only directly responsive to arguments in Logix's Opposition.  Indeed, Defendants' Reply did not attach any new evidence.

Notably, Logix's contention that Defendants' Reply contained "new" arguments, despite the Reply only responding directly to Logix's Opposition, is merely a reflection of the fact that Logix is using its opposition papers to attempt to revise its deficient allegations of misappropriation with new information that was never disclosed in its responses to direct discovery requests from Defendants.  The fact remains that Logix was directly asked in Interrogatory No. 2 to identify which

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

1

documents were allegedly misappropriated and how, including specifically whether those documents are shown in the video footage or listed on the print logs, but Logix did not do so, for the simple reason that it cannot. *See* Dkt. 89-6, Page ID# 1460-2. As set forth in Defendants' Memorandum and Reply, Logix's Rule 33(d) references to thousands of documents allegedly accessed and printed over the span of several months, including months before the Individual Defendants were even considering resigning, provide no basis whatsoever for a reasonable jury to find Defendants' liable for misappropriation. *Id.*; *see also* Dkt. 89, Page ID# 1370-5. For instance, out of those thousands of documents, Logix did not identify a specific one, or state the date it was allegedly accessed or printed, or what information it contained, or which client it concerned, or how the Individual Defendants used it to solicit that client, or whether it appeared on the print logs or in the video footage. *Id.* Logix should not be permitted to use its summary judgment opposition papers to attempt to manufacture a dispute of fact which its discovery responses and the evidence establish does not exist.

Thus, there is no good cause for Logix to file a surreply. *See Markson*, 2022 WL 790960 at *1, fn. 1; *Flournoy*, 2017 WL 4237868 at *14 (E.D. Cal. Sept. 25, 2017).

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

DEFENDANTS' OPPOSITION TO LOGIX'S REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Dated:  July 1, 2026

BOWDITCH & DEWEY LLP

By: */s/Patrick M. Capodilupo*

Patrick M. Capodilupo (*Pro Hac Vice*)

Attorneys for Defendants
OSAIC WEALTH, INC., JOHN JANIOS, and ANTHONY MARTINEZ

DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, California 90401
Telephone:  (310) 255-0705
Facsimile:   (310) 255-0986

Steven L. Manchel (*Pro Hac Vice*)
Patrick M. Capodilupo (*Pro Hac Vice*)
BOWDITCH & DEWEY LLP
75 Federal Street, Suite 1000
Boston, MA 02110
(617) 757-6500
(508) 929-3099 (fax)
smanchel@bowditch.com
pcapodilupo@bowditch.com
HIRSCHFELD KRAEMER LLP

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

3

DEFENDANTS' OPPOSITION TO LOGIX'S REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I caused a copy of the foregoing to be served by email on all counsel of record, including the following:

Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Besma Fakhri (*pro hac vice*)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

*Attorneys for Plaintiff*
LOGIX FEDERAL CREDIT UNION

/s/Patrick M. Capodilupo
Patrick M. Capodilupo

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

4

DEFENDANTS' OPPOSITION TO LOGIX'S REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT