# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION | CASE NUMBER: |
| PLAINTIFF(S) | 2:25–cv–07788–RGK–MAR |
| v. | |
| OSAIC WEALTH INC. , et al. | |
| DEFENDANT(S). | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  7/1/2026   /   123   /   Opposition to Request filed 6/26/2026
*Date Filed*      *Doc. No.*      *Title of Document*

  __      /   __      /   __
*Date Filed*      *Doc. No.*      *Title of Document*

Other:
Untimely. Filed AFTER order issued.

Dated: July 2, 2026       By:  /s/ *R. Gary Klausner*
                              U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)      ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)