**NOTE: MODIFIED BY THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION, <br><br> Plaintiff, <br><br> v. <br><br> OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:25-cv-07788-RGK-MAR <br><br> [~~PROPOSED~~] ORDER REGARDING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT **[101]** <br><br> Date:  July 20, 2026 <br> Time: 9:00 a.m. <br> Crtrm: 850 <br> Judge: Hon. R. Gary Klausner |

[~~PROPOSED~~] ORDER REGARDING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL  PORTIONS OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# ~~[PROPOSED]~~ ORDER

Plaintiff Logix Federal Credit Union's ("Plaintiff") Application for Leave to File Under Seal Portions of Its Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Application") ~~came for hearing before the Court~~. After consideration of the Application, all materials submitted in support thereof and opposition thereto, and all other matters presented to the Court at the time of hearing, the Application is **GRANTED in part**.

The following papers shall be filed and placed under seal in according with Local Rule 79-5:

| Document | Portion to Be Filed Under Seal |
|---|---|
| Plaintiff Logix Federal Credit Union's Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment | All highlighted text. |
| Plaintiff's Separate Statement of Genuine Disputes of Material Fact and Statement of Additional Material Facts | All highlighted text. |
| Declaration of Ismael Navarro in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment | All highlighted text. |
| Declaration of Ismael Navarro in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, <u>Exhibits</u>:  A, B, G, H, I | Entire exhibits. |
| Declaration of Ismael Navarro in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, <u>Exhibits</u>:  J, K | All highlighted text. |
| Declaration of Sierra Chinn-Liu in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment | All highlighted text. |

2

| Declaration of Sierra Chinn-Liu in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Exhibits:<br><br>6, 8, 13, 15, 16, 18, 23, 27, 30, 31 | Entire exhibits. |
| --- | --- |

The Application is **DENIED in part** as to the following documents given that Defendants "do not oppose the public filing", per their declaration (*see* ECF No. 110): Exs. 4, 5, 10, 12, 14, 17, 19, 20, 21, 22.

The Application is also **DENIED in part** as to the following documents as the request to seal is overly broad: 9, 11, 24, 25, and 26. Given that Defendants identified only portions of the documents that require redaction, Plaintiff's request to file the entire documents under seal is overly broad and could be more narrowly tailored to protect purported confidential information while still allowing the public to access court records. *See Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (noting the "strong presumption in favor of access to court records").

For the documents to which the Court DENIES the Application, Plaintiff shall have **three days** from the issuance of this order to publicly file the exhibits with appropriate redactions, as necessary, and a renewed application to seal.

**The Filing Party must file the sealed documents pursuant to L.R. 79-5.2.2(c). The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing. All filings must be in compliance with the Local Rules of Court and have a title/caption page.**

**IT IS SO ORDERED.**

DATED: **7/7/2026** _____

_____
Hon. R. Gary Klausner
United States District Judge

3