SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice*)
mwexler@seyfarth.com
Besma Fakhri (*pro hac vice*)
bfakhri@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000

Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

*Attorneys for Plaintiff*
Logix Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>OSAIC WEALTH, INC.; JOHN JANIOS; ANTHONY MARTINEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-07788-RGK-MAR<br><br>**NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** |

1

NOTICE OF LODGING

**TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff Logix Federal Credit Union ("Logix" or "Plaintiff"), by and through its undersigned counsel, hereby lodges with the Court the attached jointly prepared [Proposed] Final Pretrial Conference Order pursuant to Local Rule 16-7.

Dated: July 9, 2026                          SEYFARTH SHAW LLP

                                    By:/s/ *Sierra J. Chinn-Liu*
                                        Michael D. Wexler (*pro hac vice)*
                                        Sierra J. Chinn-Liu
                                        Besma Fakhri (*pro hac vice*)

                                        Attorneys for Plaintiff
                                        LOGIX FEDERAL CREDIT UNION