JS6

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LOGIX FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>OSAIC WEALTH, INC; JOHN JANIOS; ANTHONY MARTINEZ and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07788-RGK-MAR<br><br>[Hon. R. Gary Klausner-Crtrm 850]<br><br>~~PROPOSED~~ **JUDGMENT** |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S JULY 16, 2026 ORDER GRANTING DEFENDANTS OSAIC WEALTH, INC, JOHN JANIOS, AND ANTHONY MARTINEZ'S MOTION FOR SUMMARY JUDGMENT.**

All pending deadlines and hearings are vacated. The Clerk shall close this case.

Dated: 7/27/2026

Gary Klausner

Hon. R. Gary Klausner
Judge, United States District Court